■ In the Matter of SHAZAD HUSEIN, Petitioner, v FERNANDO M. CAMACHO et al., Respondents. [929 NYS2d 750]—■

The extraordinary remedy of mandamus will lie only to compel the performance of a ministerial act, and only where there exists a clear legal right to the relief sought (*see Matter of Legal Aid Socy. of Sullivan County v Scheinman*, 53 NY2d 12, 16 [1981]). The petitioner has failed to demonstrate a clear legal right to the relief sought. Mastro, J.P., Skelos, Dickerson and Lott, JJ., concur.